UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHRISTOPHER ROBIN ROEHLER,

Defendant.
_______________________________/

Case No.: 1:26-cr-00106-HYJ

INDICTMENT
**PENALTY SHEET**

**Failure to Account for and Pay Over Employment Taxes – 26 U.S.C. § 7202**

**Penalty:** 5 years in prison and a maximum fine of $250,000, together with the costs of prosecution [18 U.S.C. §§ 3571(b) and (e)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] [Class D Felony]

**Special Assessment**: $100 [18 U.S.C. § 3013(a)(2)(A)]

**Restitution:** May be ordered. [18 U.S.C. §§ 3563(b), 3583(d)]

Date: October 7, 2026

/s/Stephanie M. Carowan
Stephanie M. Carowan

Submitted in accordance with Admin Order 17-MS-046